UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. FITTEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. WHITLEY,<br><br>　　　　Defendant. | No.  2:21-cv-00513 TLN AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per.  The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).  Plaintiff made an ex part request for a continuance of the initial scheduling conference in this case.  ECF No. 10.

For good cause shown, the  motion (ECF No. 10) is GRANTED and the initial scheduling conference in this case is hereby RESET to January 12, 2022 at 10:00 AM.  The hearing is to be conducted by Zoom.  The parties are to contact the Court Clerk at (916) 930-4199 or janderson@caed.uscourts.gov one week prior to the hearing in order to obtain the Zoom I/D and the Password.  IT IS SO ORDERED.

DATED: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE